**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Amber Brown Davidson, Henry C. Gaskins, and Steven
Jeffery Davidson, Defendants,

Of whom Amber Brown Davidson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002555

———————

Appeal From Colleton County
Deborah A. Malphrus, Family Court Judge

———————

Unpublished Opinion No. 2016-UP-346
Submitted June 17, 2016 – Filed June 28, 2016

———————

**AFFIRMED**

———————

Lindsay Yoas Goodman, of Horton & Goodman, LLC, of
Bluffton, for Appellant.

Jillian D. Ullman, of the South Carolina Department of
Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Bluffton, for the Guardian ad Litem.

_____

**PER CURIAM:** Amber Brown Davidson appeals the family court's final order terminating her parental rights to her two minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Davidson's counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.